UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JAMES M. FREEMAN, JR. (#480524)

VERSUS

WARDEN PAUL HALL

CIVIL ACTION

NO. 15-571-SDD-SCR

### RULING

The Court, after carefully considering the *Complaint*[1], the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Stephen C. Riedlinger dated November 13, 2015, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Petitioner's *Petition for Writ of Certiorari*, as resubmitted by the *Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241*, shall be dismissed without prejudice for failure to exhaust state remedies.

Baton Rouge, Louisiana the 7 day of January, 2016.

*Shelly D. Dick*
SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 7.